# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, F.D. MITCHELL, K.M. MCDONALD**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**MATHEW M. HAAG**
**SEAMAN APPRENTICE (E-2), U.S. NAVY**

**NMCCA 201300447**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 8 Aug 2013.
**Military Judge:** CAPT Payton O'Brien, JAGC, USN.
**Convening Authority:** Commanding Officer, USS CARL VINSON (CVN 70).
**Staff Judge Advocate's Recommendation:** LCDR M.V. Rosen, JAGC, USN.
**For Appellant:** Capt Jason Wareham, USMC.
**For Appellee:** CDR James E. Carsten, JAGC, USN.

**30 April 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court